IN THE UNITED DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| TERRI WATSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. 2:07-CV-639-WKW |
| v. ) | |
| ) | |
| NUVELL FINANCIAL SERVICES, L.L.C. ) | |
| and NUVELL NATIONAL AUTO ) | |
| FINANCE L.L.C. d/b/a NATIONAL AUTO ) | |
| FINANCE COMPANY, ) | |
| ) | |
| Defendants. ) | |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW, National Auto Finance, LLC, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- ☐ This party is an individual, or

- ☐ This party is a governmental entity, or

- ☐ There are no entities to be reported, or

- ☒ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| Nuvell Credit Corporation Auto d/b/a National Auto Finance Company | Former name of defendant Nuvell National Auto Finance, L.L.C. d/b/a National Auto Finance Company |
| Basic Credit Holding Company, L.L.C. | Defendant, Nuvell National Auto Finance L.L.C. d/b/a National Auto Finance Company is a subsidiary of and is wholly owned by Basic Credit Holding Company, L.L.C. |
| GMAC, L.L.C. | Sole member and owner of Basic Credit Holding Company, L.L.C. |

| | |
|---|---|
| General Motors Corporation | Publicly owned and held corporation is a member in GMAC, L.L.C. |
| Firm Holding, L.L.C. | Member in GMAC, L.L.C. |

_____
G. Thomas Yearout                    (YEA001)

_____
Paul K. Lavelle                          (LAV007)

OF COUNSEL FOR DEFENDANTS
NUVELL FINANCIAL SERVICES, L.L.C.
AND NUVELL NATIONAL AUTO FINANCE, L.L.C d/b/a
NATIONAL AUTO FINANCE COMPANY

YEAROUT, SPINA & LAVELLE, P.C.
1500 Urban Center Drive, Suite 450
Birmingham, Alabama 35242
(205) 298-1800
(205) 298-1801 (fax)
*Tyearout@ysllaw.com*
*Plavelle@ysllaw.com*

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing upon counsel listed below by facsimile and by placing same in the United States Mail, properly addressed and postage prepaid on this the ___ day of July, 2007.

W. Harold Albritton, III
Attorney at Law
P.O. Box 880
Andalusia, AL 36420

_____
OF COUNSEL