IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TERRI WATSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07-cv-639-WKW |
| | ) | |
| NUVELL FINANCIAL SERVICES, | ) | |
| L.L.C., *et al.*, | ) | |
| | ) | |
| Defendants | ) | |

**ORDER**

Upon consideration of the defendants' Motion for Extension of Time to File Responsive Pleading

(Doc. # 2), it is ORDERED that the motion is GRANTED.  The defendants shall file a responsive pleading

on or before **August 2, 2007**.

DONE this 18th day of July, 2007.


_____/s/  W.  Keith Watkins_____
UNITED STATES DISTRICT JUDGE