IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__Northern__ DIVISION

__Terri Watson__,   )
                    )
    Plaintiff,      )
                    )
v.                  )   CASE NO. __2:07cv639__
                    )
__Nuvell Financial Services,__ )
__et al__           )
    Defendants,     )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW __Terri Watson__, a __Plaintiff__ in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- [x] This party is an individual, or
- [ ] This party is a governmental entity, or
- [ ] There are no entities to be reported, or
- [ ] The following entities and their relationship to the party are hereby reported:

**Reportable Entity**                **Relationship to Party**

__8/15/07__
Date

(Signature)

__Thomas B. Albritton__
(Counsel's Name)

__Terri Watson__
Counsel for (print names of all parties)
__P.O. Box 880__
__Andalusia, AL 36420__
Address, City, State Zip Code
__334-222-3177__
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__Northern__ DIVISION

**CERTIFICATE OF SERVICE**

I, __Thomas B. Albritton__, do hereby Certify that a true and correct copy of the foregoing has been furnished by __electronic mail__ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this __15th__ day of __August__ 20__07__ to:

G. Thomas Yearout
Paul K. Lavelle
Yearout, Spina & Lavelle, PC
1500 Urban Center Drive, Suite 450
Birmingham, AL 35242

__8/15/07__
Date

Signature